**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | ) | Case No. 17-36223 |
|---|---|---|
|  | ) |  |
| LEVON POWELL, | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) | Judge Cox |

**NOTICE OF MOTION**

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*The following persons or entities who have been served via first-class U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead, at 219 South Dearborn Street, Chicago, IL, and present the attached **Motion to Voluntarily Dismiss Chapter 13 Case,** at which time and place you may appear.

    JUDGE:      Cox
    ROOM:       680
    DATE:       May 11, 2020
    TIME:       9:00 AM

**A party who objects to this motion and wants it called must file a Notice of Objection with the Court no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the Court may grant the motion without a hearing before the date of presentment.**

**PROOF OF SERVICE**

The undersigned hereby certifies under oath and under all penalties of perjury that a copy of this Notice of Motion and attachments were served on the above-named persons and/or entities either electronically by the bankruptcy court or by depositing same into the U.S. Mail in Wheeling, Illinois with proper postage prepaid before 5:00 pm on April 24, 2020.

                                                /s/ Jeffrey A. Soufal
                                                Jeffrey A. Soufal, ARDC #6227155
                                                Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100