Form G5 (20200113_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 17-36223 |
| | ) | |
| LEVON POWELL, | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE

THIS MATTER coming to be heard upon the Debtor's Motion to Voluntarily Dismiss Chapter 13 Case, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: MAY 11 2020

**Prepared by:**
Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100